**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL

Tel:  (201) 507-6300
Fax: (201) 507-6311
email:  lh@hershlegal.com

May 15, 2020

**Via ECF**
Hon. James Clark, III., U.S.M.J.
U.S. District Court of New Jersey
M.L. King, Jr. Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

      Re:    <u>Vasquez v. Radius Global Solutions LLC.</u>
                2:20-cv-02122-KM-JBC

Dear Judge Clark:

      On April 29, 2020, Defendant filed a Motion for Judgment on the Pleadings. (Dkt. No. 5).  Currently, the Motion is set for June 1, 2020, with Opposition scheduled to be filed on May 18, 2020.  However, Judge Wolfson's April 17, 2020 Standing Order No. 2020-09, paragraph 7 extends the deadline by 30 days.  Thus, Plaintiff requests that this deadline to file Opposition be extended by30 days pursuant to the standing order and that Opposition would now be due on **June 17, 2020.**

      Thank you for your consideration in this matter.

                                      Very truly yours,

                                      <u>/s/ Lawrence Hersh</u>
                                      Lawrence Hersh

Cc:  All Counsel of Record (via ECF)