**5LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                                                            Tel:  (201) 507-6300
                                                                                                                         Fax: (201) 507-6311
                                                                                                                         email:  lh@hershlegal.com

December 3, 2020

**Via ECF**
Hon. James Clark, III, U.S.M.J.
U.S. District Court of New Jersey
M.L. King, Jr. Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07101

   Re:  <u>Vasquez v. Radius Global Solutions LLC.</u>
      2:20-cv-02122-KM-JBC

Dear Judge Clark:

  I represent the Plaintiff in this matter.   Currently, there is a telephone status conference scheduled for **December 8, 2020 at 11:30 a.m.**  Unfortunately, I need to fly out of town for a personal matter and will be on an airplane at the scheduled time of the call.  I have spoken to my adversary and he has consented to an adjournment of the telephone status conference.

  As such, it is respectfully requested that the telephone status conference be adjourned to another day.   Thank you for your consideration in this matter.

              Very truly yours,

              <u>/s/ Lawrence Hersh</u>
              Lawrence Hersh

Cc:  All Counsel of Record (via ECF)