# LAWRENCE C. HERSH

ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE

Tel:  (201) 507-6300
Fax: (201) 507-6311
email:  lh@hershlegal.com

September 2, 2021

**Via email**
The Honorable Kevin McNulty, U.S.D.J.
U.S. District Court of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  Vasquez v. Radius Global Solutions LLC, No. 2:20-cv-2122-KM-JBC

Dear Judge McNulty:

The deadline for the 60 day Order administratively terminating the action is September 7, 2021.  (Dkt. No. 36).   Since the parties are still in the process of effectuating the terms of the settlement, Plaintiff requests that the Administrative Order of Termination be extended by 60 days.

Thank you for your consideration in this matter.

Very truly yours,

/s/ Lawrence Hersh
Lawrence Hersh.